COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Clayton Homer Bruno v. The State of Texas

Appellate case number:    01-13-00380-CR

Trial court case number:  1330602

Trial court:              179th District Court of Harris County

On September 27, 2013, counsel for appellant Clayton Homer Bruno filed a Motion to Substitute Counsel.   The Motion is **DENIED** without prejudice to counsel filing a new motion reflecting that it complies with Texas Rule of Appellate Procedure 6.5(b) and references the cause number or cause numbers to which it applies.   It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
              ☒  Acting individually     ☐  Acting for the Court

Date:  October 7, 2013